**STRECK, INC., Plaintiff–Appellee,**

v.

**RESEARCH & DIAGNOSTIC SYSTEMS, INC. and Techne Corporation, Defendants–Appellants.**

**No. 2011–1044.**

United States Court of Appeals, Federal Circuit.

Dec. 21, 2010.

---

Kurt J. Niederluecke, Grant D. Fairbairn, Fredrikson & Byron, Minneapolis, MN, for Defendants–Appellants.

Floyd R. Nation, Howrey, LLP, Houston, TX, for Plaintiff–Appellee.

Before FRIEDMAN, Circuit Judge.

## ON MOTION

## ORDER

Research & Diagnostic Systems, Inc. and Techne Corporation move for an "administrative stay" of the permanent injunction entered by the United States District Court for the District of Nebraska, pending this court's consideration of its motion for a stay pending appeal.

Upon consideration thereof,

It Is Ordered That:

The motion for an administrative stay is denied.